UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SOC LLC and DAY ZIMMERMAN GROUP, INC., | ) ) ) |
| Plaintiffs, | ) ) Case No.: 1:22-cv-1280 |
| v. | ) ) ) |
| BILLY MAX CONNER II and DAVID RAY JOHNSON, | ) ) ) ) |
| Defendants. | ) ) |

## WAIVER OF HEARING

PLEASE TAKE NOTICE that counsel for Defendant David Johnson waives their right to a hearing on their Unopposed Motion For Leave To Withdraw By Lee E. Berlik, Mary M. Baker, R. Jackson Martin And Berliklaw, LLC.

Dated: March 2, 2023                              Respectfully Submitted,

/s/ Jackson Martin
Lee E. Berlik
VSB # 39609
Mary M. Baker, Of Counsel
VSB # 38258
R. Jackson Martin, Of Counsel
VSB # 80655
BERLIKLAW, LLC
1818 Library Street
Suite 500
Reston, Virginia 20190
Tel: (703) 722-0588
Lberlik@berliklaw.com
Mbaker@berliklaw.com
JMartin@berliklaw.com

*Counsel for Defendant David Johnson*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, March 2, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to all Counsel of Record. In addition, I have emailed a copy to Mr. Dave Johnson and mailed a copy (first class mail, postage prepaid) to his home address at 1480 Gulf Boulevard, Unit 1008, Clearwater Beach, Florida 33767.

/s/ Jackson Martin